AO 106 (Rev. 04/10) Application for a Search Warrant        AUTHORIZED AND APPROVED/DATE:  s/Travis Leverett 9/18/2023

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. M-23-815STE
Information associated with )
TREYMON3@GMAIL that is stored at premises controlled by )
Google, LLC, DBA GMAIL.COM, a company headquarted at )
1600 Amphitheatre Parkway, Mountain View, California )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Western___ District of ___Oklahoma___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   ☑ evidence of a crime;
   ☑ contraband, fruits of crime, or other items illegally possessed;
   ☐ property designed for use, intended for use, or used in committing a crime;
   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 1846 | Drug Conspiracy |

The application is based on these facts:

See attached Affidavit.

   ☑ Continued on the attached sheet.
   ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Cristina Busbee, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Sep 18, 2023**

*Judge's signature*

City and state:  Oklahoma City, Oklahoma        Shon T. Erwin, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE EMAIL ADDRESS TREYMON3@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC, DBA GMAIL.COM. | Case No. Mj-23-815-STE<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Cristina Busbee, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain account that is stored at premises controlled by Google, LLC, dba Gmail.com, an email provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google, LLC, dba Gmail.com to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

1

2.      I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since April 2019. I am presently assigned to the HSI office in Oklahoma City (hereinafter referred to as HSI Oklahoma City).

3.      I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am authorized to conduct criminal investigations of violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4.      I am a Special Agent with Homeland Security Investigations (HSI) and have been since April 2019. I am presently assigned to the HSI office in Oklahoma City, Oklahoma (hereinafter referred to as HSI Oklahoma City). I have received approximately 26 weeks of specialized training at the Federal Law Enforcement Training Center in the enforcement of federal laws. I have arrested, interviewed, and debriefed numerous individuals who have been involved and have personal knowledge of transporting and concealing controlled substances and firearms, as well as, the amassing, spending, converting, transporting, distributing, laundering and concealing of proceeds from drug trafficking and smuggling. I have participated in numerous investigations involving physical and electronic surveillance. I have testified in judicial proceedings concerning the prosecution for violations of laws related to the illegal possession of firearms as well as the smuggling and trafficking of contraband, including controlled substances. I have been the affiant of numerous federal search warrants.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 846 have been committed by Lamonn **BLONNER** and other known and unknown persons.  There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## JURISDICTION

7.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).]

## PROBABLE CAUSE

8.      HSI Oklahoma City is investigating a fentanyl smuggling organization operating in the Western District of Oklahoma and elsewhere.  As part of this investigation, Lamonn **BLONNER** has been identified as a member of this drug trafficking organization responsible for taking substantial steps to further the organization's goals.

9.      On July 17, 2023, law enforcement intercepted a shipment of approximately 21 kilograms of fentanyl-laced pills destined for Oklahoma City, Oklahoma.  On July 19, 2023, a controlled delivery was conducted in Oklahoma City using an inert substance

resembling the fentanyl pills. Law enforcement then monitored the controlled delivery of that inert substance to determine who would arrive to pick up the substance from the person law enforcement intercepted on July 17.

10. **BLONNER** was identified as the individual who arrived to retrieve the duffle bag containing the inert substance. **BLONNER** was driving a silver Chevy Malibu bearing Oklahoma license plate MDJ-359. Surveillance was conducted of **BLONNER** and he returned to his residence located at 209 NW 86th St., Oklahoma City, OK. Investigators observed **BLONNER** take the duffle bag inside the residence. Law enforcement knocked on the front door of the residence and **BLONNER** attempted to flee through the back window, at which point he was detained. Three minors and a female later identified as Torquisha KESSEE were also at the residence. Investigators secured the residence and obtained a search warrant.

11. During the execution of the search warrant, investigators discovered a chamber loaded firearm in the Malibu that **BLONNER** was driving and three additional firearms inside the residence. Three of the firearms, including the firearm in **BLONNER's** vehicle were reported stolen. Additionally, investigators located 18 auto sears and a variety of controlled substances, including approximately 1.2 kilograms of cocaine, 240 grams of fentanyl pills, 280 grams of methamphetamine, and 760 grams of fentanyl powder.

12.     **BLONNER** was transported to the Cleveland County Detention Center. On July 20, 2023, **BLONNER** made a recorded phone call[1] from the Cleveland County Detention Center to 405-985-6705, later identified as Leontaz BETHANY. During the phone call, **BLONNER** tells BETHANY to sign into a Facebook account using email address treymon3@gmail.com and password Bernadeanleontaz72. Initially **BLONNER** tells BETHANY the password is "capital B, with the rest of her name… then your name after hers and the numbers 7-2." BETHANY asks, "my full name?" and **BLONNER** confirms.

13.     **BLONNER** then asks BETHANY to go into the messages and look for a user with display name "Maxo" with a yellow cartoon character as their profile picture. **BLONNER** tells BETHANY to write to Maxo and tell him that he (**BLONNER**) "was right about earlier", and that he is at Cleveland County and going to the feds in the morning.

14.     On July 27, 2023, a federal search warrant was signed for a Motorola XT2052 Moto e7 cellphone that was seized during the execution of the residential search warrant at 209 NW 86th St., Oklahoma City, OK. A review of the phone extraction indicated it was assigned phone number 405-446-2930 and registered with email address treyday029@gmail.com.

15.     On August 23, 2023, HSI Oklahoma City served a subpoena to Verizon Wireless for subscriber information from of 6/1/2023 - 7/19/2023 for the phone number

---

[1] All calls made by inmates from the Cleveland County Detention Center are recorded. A preamble is played before each call alerting both parties that the calls are monitored and recorded.

405-446-2930.  On August 28, 2023, Verizon responded indicating the phone subscriber is LaTray Anderson at 345 N 88th Oklahoma City, OK 73193.[2]  Law enforcement record checks indicate there is a LaTray ANDERSON with a criminal history in Oklahoma (FBI No. FRL6HPCP0)[3] and that both ANDERSON and **BLONNER** have Crips gang affiliation.  Additionally, another phone seized from **BLONNER** on July 19, 2023 included an Apple iPhone that was located in the vehicle **BLONNER** was driving.  A forensic extraction of that cellphone revealed the Apple ID, latrayanderson@icloud.com and phone number 405-512-9609.

16. Although the accounts have connections to ANDERSON, the devices were in **BLONNER's** possession.  Given how similar the two email accounts are (treymon3@gmail.com and treyday029@gmail.com), and the facts around how they were identified, I believe **BLONNER** is the user of both accounts, and that he uses various communication portals to interact with co-conspirators and further illegal activities.  I believe that these email addresses contain communications that are pertinent to this investigation and could help identify unknown co-conspirators.  Additionally, I believe they will indicate other applications being used by **BLONNER** that are tied to the email accounts, such as messaging and money transfer applications.

---

[2]   This address does not appear to be accurate.  However, there is a 345 NW 88th St., Oklahoma City, OK 73114, which is located 0.3 miles from the address 209 NW 86th St., where BLONNER was arrested.

6

17. Based on these facts, I believe that the email addresses contain communications that are evidence of the conspiracy. Based on my training and experience, I know that drug smuggling is a conspiratorial crime and individuals involved in the conspiracy often use cellphones and messaging applications to communicate.

18. On August 29, 2023, a preservation request was sent to Google for the account: treymon3@gmail.com.  In general, an email that is sent to a Gmail.com subscriber is stored in the subscriber's "mailbox" on Google, LLC, dba Gmail.com servers until the subscriber deletes the email.  If the subscriber does not delete the message, the message can remain on Google, LLC, dba Gmail.com servers indefinitely. Even if the subscriber deletes the email, it may continue to be available on Google, LLC, dba Gmail.com's servers for a certain period of time.

## BACKGROUND CONCERNING EMAIL

19. In my training and experience, I have learned that Google, LLC, dba Gmail.com provides a variety of on-line services, including electronic mail ("email") access, to the public.  Google, LLC, dba Gmail.com allows subscribers to obtain email accounts at the domain name **gmail.com**, like the email account[s] listed in Attachment A. Subscribers obtain an account by registering with Google, LLC, dba Gmail.com.  During the registration process, Google, LLC, dba Gmail.com asks subscribers to provide basic personal information.  Therefore, the computers of Google, LLC, dba Gmail.com are likely to contain stored electronic communications (including retrieved and unretrieved email for Gmail.com subscribers) and information concerning subscribers and their use of Gmail.com services, such as account access information, email transaction information,

7

and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

20.  A Gmail.com subscriber can also store with the provider files in addition to emails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to emails), and other files, on servers maintained and/or owned by Google, LLC, dba Gmail.com. In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including pictures and files.

21.  In my training and experience, email providers generally ask their subscribers to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and my experience, I know that, even if subscribers insert false information to conceal their identity, this information often provides clues to their identity, location, or illicit activities.

22.  In my training and experience, email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service,

records of log-in (*i.e.*, session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

23. In my training and experience, in some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

24. As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, the information stored in connection with an email account can indicate who has used or controlled the account. This "user attribution" evidence is

analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, as described below, email providers typically log the Internet Protocol (IP) addresses from which users access the email account, along with the time and date of that access. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (*e.g.*, location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (*e.g.*, communications relating to the crime), or consciousness of guilt (*e.g.*, deleting communications in an effort to conceal them from law enforcement).

## **CONCLUSION**

25.     Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Google, LLC, dba Gmail.com, who will

then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

*Cristina Busbee*
Cristina Busbee
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on ___Sept 18___, 2023.

*Shon T. Erwin*
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with treymon3@gmail.com that is stored at premises owned, maintained, controlled, or operated by Google, LLC, dba Gmail.com, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

## ATTACHMENT B

### Particular Things to be Seized

I.  **Information to be disclosed by Google, LLC, dba Gmail.com (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on October 28, 2020, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.  The contents of all emails associated with the accounts from **January 1, 2023 to August 31, 2023**, including stored or preserved copies of emails sent to and from the accounts, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.  All records or other information regarding the identification of the accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the accounts were created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.  The types of service utilized;

d.  All records or other information stored by an individual using the accounts, including address books, contact and buddy lists, calendar data, pictures, and files; and

1

e.     All records pertaining to communications between the Provider and any person regarding the accounts, including contacts with support services and records of actions taken.

The Provider is hereby ordered to disclose the above information to the government within **14 Days** of service of this warrant.

II.     **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 21 U.S.C. 846 (conspiracy to possess with intent to distribute), those violations involving **Lamonn BLONNER** and occurring after **January 1, 2023**, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Records related to the sale of controlled substances, communications between **BLONNER** and co-conspirators, communications related to preparatory steps taken in furtherance of the scheme, and records related to bulk cash smuggling.

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(c) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).